JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVKA BANKHALTER and HENRIK ZONTAG,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CLIENT SERVICES, INC.,<br><br>            Defendant. | CASE NO. 2:13-CV-04833-CAS-MRW<br><br>[PROPOSED] ORDER OF DISMISSAL |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

*Christine A. Snyder* (signature)

DATED: January 14, 2014

UNITED STATES DISTRICT JUDGE